# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# GUARDIAN ANGEL

**Reg. No. 4,877,016**
**Registered Dec. 29, 2015**
**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PROFESSIONAL INVESTIGATING & CONSULTING AGENCY, INC. (OHIO CORPORATION), DBA PICA CORPORATION
551 SOUTH THIRD STREET
COLUMBUS, OH 43215

FOR: SECURITY SERVICES, NAMELY, TRACKING, LOCATING, AND MONITORING OF DRIVERS, COMMERCIAL VEHICLES AND CARGO, TO TRACK THEIR GEOGRAPHICAL LOCATION FOR EMERGENCY RESPONSE PURPOSES AND RECOVERY, THROUGH THE USE OF A REMOTE MONITORING CENTER; EMERGENCY RESPONSE ALARM MONITORING OF GPS TRACKING DEVICES, CELL PHONES, AND PANIC NOTIFICATION DEVICES ON COMMERCIAL DRIVERS AND VEHICLES TO TRACK THEIR GEOGRAPHICAL LOCATION AND NOTIFY EMERGENCY RESPONDERS WHEN APPROPRIATE; STOLEN VEHICLE RECOVERY, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-1-2012; IN COMMERCE 3-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-573,720, FILED 3-23-2015.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office