# EXHIBIT 5

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87043622
Filing Date: 05/19/2016

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87043622 |
| MARK INFORMATION | |
| *MARK | GUARDIANANGEL |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | GUARDIANANGEL |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | TigerSwan Inc. |
| *STREET | 3452 Apex Peakway |
| *CITY | Apex |
| *STATE (Required for U.S. applicants) | North Carolina |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 27502 |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Colorado |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Security consultancy; Security services, namely, providing protection for individuals or locations; Security services, namely, providing security assessments of physical locations, information systems, or working environments; Security services, namely, threat simulation vulnerability analysis and mitigation and emergency and crisis response |
| FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 06/30/2011 |
|    FIRST USE IN COMMERCE DATE | At least as early as 06/30/2011 |
|    SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT |

| | |
|---|---|
| | 16\870\436\87043622\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | webpage screenshot showing use of the mark in connection with Class 45 services |
| **ATTORNEY INFORMATION** | |
| NAME | William B. Cannon |
| ATTORNEY DOCKET NUMBER | 140941 |
| FIRM NAME | Parker Poe Adams & Bernstein LLP |
| STREET | 301 Fayetteville Street, Suite 1400 |
| CITY | Raleigh |
| STATE | North Carolina |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 27601 |
| PHONE | 919-828-0564 |
| FAX | 919-834-4564 |
| EMAIL ADDRESS | trademarks@parkerpoe.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Frank E. Silber, William S. Fultz, Christopher M. Thomas |
| **CORRESPONDENCE INFORMATION** | |
| NAME | William B. Cannon |
| FIRM NAME | Parker Poe Adams & Bernstein LLP |
| STREET | 301 Fayetteville Street, Suite 1400 |
| CITY | Raleigh |
| STATE | North Carolina |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 27601 |
| PHONE | 919-828-0564 |
| FAX | 919-834-4564 |
| EMAIL ADDRESS | trademarks@parkerpoe.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | Regular TEAS |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /William B. Cannon/ |
| SIGNATORY'S NAME | William B. Cannon |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney of record, North Carolina bar member |
| **SIGNATORY'S PHONE NUMBER** | (919) 828-0564 |
| **DATE SIGNED** | 05/19/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

Serial Number: 87043622
Filing Date: 05/19/2016

**To the Commissioner for Trademarks:**

**MARK:** GUARDIANANGEL (Standard Characters, see mark)
The literal element of the mark consists of GUARDIANANGEL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, TigerSwan Inc., a corporation of Colorado, having an address of
   3452 Apex Peakway
   Apex, North Carolina 27502
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 045:  Security consultancy; Security services, namely, providing protection for individuals or locations; Security services, namely, providing security assessments of physical locations, information systems, or working environments; Security services, namely, threat simulation vulnerability analysis and mitigation and emergency and crisis response

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/30/2011, and first used in commerce at least as early as 06/30/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) webpage screenshot showing use of the mark in connection with Class 45 services.
Specimen File1


The applicant's current Attorney Information:
   William B. Cannon and Frank E. Silber, William S. Fultz, Christopher M. Thomas of Parker Poe Adams & Bernstein LLP     301 Fayetteville Street, Suite 1400
   Raleigh, North Carolina 27601
   United States
   919-828-0564(phone)
   919-834-4564(fax)
   trademarks@parkerpoe.com (authorized)
The attorney docket/reference number is 140941.
The applicant's current Correspondence Information:
   William B. Cannon
   Parker Poe Adams & Bernstein LLP
   301 Fayetteville Street, Suite 1400
   Raleigh, North Carolina 27601
   919-828-0564(phone)
   919-834-4564(fax)
   trademarks@parkerpoe.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed

an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /William B. Cannon/   Date: 05/19/2016
Signatory's Name: William B. Cannon
Signatory's Position: Attorney of record, North Carolina bar member
RAM Sale Number: 87043622
RAM Accounting Date: 05/20/2016

Serial Number: 87043622
Internet Transmission Date: Thu May 19 16:43:19 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XX-20160519164319644
424-87043622-55042caf522690121b74e45e1da
8eb3ec8e1f8ca11166e5e23b8d6db1839b4a4-ET
-3438-20160518135116957865

# GUARDIANANGEL



# TigerSwan

MEET OUR TEAM   NEWSRROOM   CAREERS   CONTACT

About | Services | GuardianAngel

# TigerSwan GUARDIAN ANGEL
Solutions to Uncertainty®

**GuardianAngel**

**GuardianAngel Mobile App**
  **Privacy Statement:**

**Emergency Assistance Beacons**

**Pre-Travel Planning**

**Data Loss Prevention**

## GuardianAngel

### Opportunity is worldwide. Security is mission critical.

The world has changed. The difficulties involved with international work, travel, and leisure add an element of fear and uncertainty in today's global society. The difficulties will only increase, but successful entrepreneurs and companies will continue to look globally for a competitive advantage.

TigerSwan's GuardianAngel is an exclusive, international-travel security program that enables you to secure your assets and conduct business with confidence, wherever opportunity may lead. Simply put, GuardianAngel allows you to cultivate valuable opportunities and participate in the global community without putting your reputation, your business, or your life at risk. Guardian Angel's membership includes:

- Issue of a discreet, emergency assistance beacon
- Emergency assistance at the push of a button
- 24/7 monitoring and personal security hotlines
- Direct access to veteran Security Operators
- Pre-travel threat assessments
- In-country risk mitigation and emergency action plans
- Data loss prevention and recovery

**All of GuardianAngel's services are 100% confidential** and tailored to match your individual needs. Before you travel, we collaborate with you to determine the security package best suited for your safe transit and mission success.

### 24/7 Global Operation Centers

Our domestic and international Operations Centers deliver rapid client-to-customer support by providing 24/7 scrutinized monitoring and a direct line of communications to our security personnel. GuardianAngel's Operations Centers are staffed by former military and law enforcement professionals with extensive experience and training in:

- Risk mitigation
- Providing Low-profile security solutions in high threat environments
- Calm, appropriate reactions to emergency situations
- Integrating on scene Emergency Response
- Navigating host country cultural sensitivities
- Facilitating communication and response between U.S and Foreign Governments

By continuously analyzing a wide array of security-related data and coordinating with local law enforcement and political agencies, our Security Operators paint an accurate picture of on the ground situations, provide situation awareness, communicate foreseeable threats, and effectively make time sensitive decisions to mitigate risks.

Whether protecting your property, your business reputation, or your life, there is no margin for error.

Contact Us today to learn about Guardian Angel's membership plans and full service offerings.

Select Language ▼
Google

© 2015 TigerSwan          3452 Apex Peakway Apex, NC 27502   (919) 439 - 7110