# EXHIBIT 7

*SINCE 1982*
*21 OFFICES WORLDWIDE*
*COST EFFECTIVE SOLUTIONS*
*PROVEN RETURN ON INVESTMENT*



**MITIGATING RISK & SECURING BUSINESS**

Home | Company | Services | Offices | Contact



**CASE STUDY:**

**GUARDIAN ANGEL™**

CLIENT: A LEADING manufacturer of commercial vehicles

INCIDENT SYNOPSIS

- A six-vehicle convoy hit a bloqueo just West of Victoria, Tamaulipas.
- All six vehicles and drivers taken by a Mexican Transnational Criminal Organizations (TCOs).
- One of the drivers hit the panic device and alerted the SOC.
- Following the process matrix, the SOC immediately attempted contact with the driver and discerned the alert was genuine.
- PICA's SOC engaged:
- Mexican Navy (given proximity to Altamira)
- Mexican Federal Police
- Mexican Federal Highway Police
- Thirty-five minutes after notification the Mexican Navy deployed a squad of Mexican Marines in a Blackhawk to begin flyovers outside target area.
- Thirty-six hours later,s the Mexican Federal Police secured the release of all the drivers and recovered all six vehicles.

View this page in pdf format.

<< Back

### Services | Guardian Angel™

The security situation in Mexico continues to deteriorate at an alarming rate. The increased violence along the US border is impacting commercial traffic throughout Mexico and international shipping.

Due to our two-decades of experience operating in Mexico and using Guardian Angel™, PICA is in the unique position to mitigate the risk posed on commercial traffic operating in Mexico and at US border crossings.

PICA's Guardian Angel™ service is a one-stop solution that provides intelligence, secure monitoring, and a coordinated response to threats against personnel and cargo moving through areas lacking a strong and reliable governmental security presence. Guardian Angel™ integrates real-time tracking of covered subjects with the capability to send distress signals in the event of a kidnapping, hostile takeover, theft, or other similar event. From our secure monitoring station, PICA's Guardian Angel™ service coordinates the response to the threat by summoning an appropriate level of countermeasures, ranging from a private QRF (Quick Reaction Force) to governmental intervention (Army, Navy, National Police, etc.). Each response is determined by taking into account real-time intelligence, on-the-ground data and other proprietary information to provide a secure, reliable solution for our clients.

Guardian Angel™ is the service you need to ensure your personnel, commercial traffic and cargo make it to their destination safely and can be recovered in the event of an attack.

**ELEMENTS**
**Technology**:
• Portable GPS tracking (real-time)
• Panic Devices for driver
**Human Intelligence (HUMINT)**:
• Active network of touch points positioned along Main Service Routes (MSRs) providing real-time information on Transnational Criminal
**Organizations (TCOs) activity**:
• Monitoring of Social Media feeds
**Quick Reaction Force (QRF)**:
• Government vs. Private sector response (escalation of violence)
• Continuous liaison with appropriate authorities: Military/Law Enforcement
• Provide the Quick Reaction Force (QRF) with real-time data on incident (increase probability of success)

For more information about Guardian Angel™, including to request a demonstration or to purchase the Guardian Angel™ service, please use the "Contact" tab above to reach a member of PICA's Guardian Angel™ service team.

+1 813 831 1999
protect@pica.net

Copyright © 2014 PICA Corporation | Home | Company | Services | Offices | Contact us