# EXHIBIT 8



# TigerSwan
### Solutions to Uncertainty®

About | MEET OUR TEAM | Services | NEWSROOM | CAREERS | CONTACT | GuardianAngel

All of GuardianAngel's services are 100% confidential and tailored to match your individual needs. Before you travel, we collaborate with you to determine the security package best suited for your safe transit and mission success.

## 24/7 Global Operation Centers

Our domestic and international Operations Centers deliver rapid client-to-customer support by providing 24/7 scrutinized monitoring and a direct line of communications to our security personnel. GuardianAngel's Operations Centers are staffed by former military and law enforcement professionals with extensive experience and training in:

- Risk mitigation
- Providing Low-profile security solutions in high threat environments
- Calm, appropriate reactions to emergency situations
- Integrating on scene Emergency Response
- Navigating host country cultural sensitivities
- Facilitating communication and response between U.S and Foreign Governments

By continuously analyzing a wide array of security-related data and coordinating with local law enforcement and political agencies, our Security Operators paint an accurate picture of on the ground situations, provide situation awareness, communicate foreseeable threats, and effectively make time sensitive decisions to mitigate risks.

Whether protecting your property, your business reputation, or your life, there is no margin for error.

Contact Us today to learn about Guardian Angel's membership plans and full service offerings.

Select Language ▼

Translate »





TigerSwan
Solutions to Uncertainty

About | Services | MEET OUR TEAM | NEWSROOM | CAREERS | CONTACT | GuardianAngel

## GuardianAngel Mobile App

TigerSwan's GuardianAngel ™ smart phone app provides you with a 24/7 global safety net with real time location identification. Whether you are at home, out of town on business domestically or internationally or traveling the world with your family, TigerSwan's GuardianAngel™ service is there for your "PEACE OF MIND!" Our satellite based emergency assistance app provides real time tracking and pinpointing of your location and provides a direct link to our emergency response center which is manned by veteran military special operations personnel and former law enforcement crisis management experts. Our emergency response center can direct emergency services to assist you globally, or our teams can provide support. TigerSwan GuardianAngel™ service is your personal crisis action coordinator both to enterprise, families and individuals.

**FEATURES**

**100% Confidential** – GuardianAngel does not collect any personal data.

Incognito mode when privacy is desired – Should you decide that for a period of time you do not wish to report your location simply press the "Incognito" button. (NOTE: hitting the panic button while in incognito mode sends your location to the emergency response center so that we may dispatch help).

**24/7 Global Monitoring and response from Emergency Response Center** – Manned by crisis management experts with access to the NENA 911 registry.

**Emergency assistance** – With a push of a button you are connected with an operator at our emergency response center who can direct responders to your location.

**Emergency Push Notifications** – Stay informed about acts of terrorism, crimes, civil unrest, natural disasters and weather with our mass notifications feature.

GuardianAngel App Android User Guide

GuardianAngel App iOS User Guide

**Sidebar:**
- GuardianAngel
- GuardianAngel Mobile App
- Privacy Statement:
- Emergency Assistance Beacons
- Pre-Travel Planning
- Data Loss Prevention



# TigerSwan
### Solutions to Uncertainty

About | Services | MEET OUR TEAM | NEWSROOM | CAREERS | CONTACT | GuardianAngel

**Emergency Assistance Beacons**
**Pre-Travel Planning**
**Data Loss Prevention**

GuardianAngel services there for your PEACE OF MIND! Our satellite based emergency assistance app provides real time tracking and pinpointing of your location and provides a direct link to our emergency response center which is manned by veteran military special operations personnel and former law enforcement crisis management experts. Our emergency response center can direct emergency services to assist you globally, or our teams can provide support. TigerSwan GuardianAngel™ service is your personal crisis action coordinator both to enterprise, families and individuals.

## FEATURES

**100% Confidential** – GuardianAngel does not collect any personal data.

Incognito mode when privacy is desired – Should you decide that for a period of time you do not wish to report your location simply press the "Incognito" button. (NOTE: hitting the panic button while in incognito mode sends your location to the emergency response center so that we may dispatch help).

**24/7 Global Monitoring and response from Emergency Response Center** – Manned by crisis management experts with access to the NENA 911 registry.

**Emergency assistance** – With a push of a button you are connected with an operator at our emergency response center who can direct responders to your location.

**Emergency Push Notifications** – Stay informed about acts of terrorism, crimes, civil unrest, natural disasters and weather with our mass notifications feature.

GuardianAngel App Android User Guide

GuardianAngel App iOS User Guide

© 2015 TigerSwan     3452 Apex Peakway Apex, NC 27502    (919) 439-7110



# TigerSwan
Solutions to Uncertainty

About | Services | MEET OUR TEAM | NEWSROOM | CAREERS | CONTACT | GuardianAngel

**GuardianAngel**
**GuardianAngel Mobile App**
**Privacy Statement:**
**Emergency Assistance Beacons**
**Pre-Travel Planning**
**Data Loss Prevention**

## Emergency Assistance Beacons

**In the event of civil unrest, major accidents, kidnappings, and natural disasters, emergency responders require accurate and up-to-date information to gain situational awareness and effectively provide assistance**

Upon signing up for Guardian Angel's membership, you are issued a personal, special-purpose emergency assistance beacon. Our beacons are Global Spatial Monitoring (GSM) and Global Positioning System (GPS) based locators, equipped with an intuitive panic button. As seen to the right, the beacons are small and discreet, about half the size of an iPhone and easily fit into your pocket. This allows for easy transport, especially when passing through airport security.

**Features**

- **Ping and Bread Crumb Trail** – The beacon sends an electronic "ping" to our domestic and international Operation Centers once every one (1) minute. This allows our team to monitor your geographical location in real time and have a digital "bread crumb trail" of your prior locations. By continuously and aggressively monitoring individual travelers, as well as maintaining awareness of local environments, we provide you with proactive alerts when situations become, or have the potential to become, volatile.



- **Panic Button** – Each beacon contains a built in panic button that when pushed, causes the beacon to immediately transmit an alarm message to the Guardian Angel Operations Centers that contains the time and your exact GPS position. The panic button also opens the beacon's one-way microphone and instantaneously increases the "ping" rate to once every five (5) seconds. Simultaneously, our Security Operators contact you and activate your emergency action plan.

- **Microphone** – Background noises during and emergency can give the Operations Specialists important information about the situation taking place, which is why pushing the panic button opens the beacon's one-way microphone. This allows clients to report what is happening in real time, or say what type of assistance they need.

- **Stealth Mode** – Some Guardian Angel clients prefer not to be monitored during every moment of the day. Guardian Angel can remotely program your beacon to "ping" our Operations Center only when the beacon is first turned on, then stay in stealth mode until the panic button is pushed.

- **Battery Life** – From a single charge the beacon will report for over 30 hours at a one minute ping rate. For custom applications, such as asset tracking, battery life can be extended to several weeks

- **Concealable** – Comfortable to carry and possibly overlooked during an attack, in comparison to a cell phone with a tracking app.

**Applicable Scenarios**

Click the following headers for applicable scenarios of where TigerSwan's Guardian Angel can help you in times of crisis.

+ **Kidnappings**
+ **Terrorist Attack**

https://web.archive.org/web/20160215220038/http://www.tigerswan.com:80/guardia
Emergency Assistance Beac...
File Edit View Favorites Tools Help
Sign in USPTO Google Shumaker, Loop & Kendri... SLK - LexisNexis(TM) SLK - Citrix SLK Intranet SLK - OWA SLK Web Mail SLK - send this file SLK IP System Portal Relativity

TigerSwan
Solutions to Uncertainty®

MEET OUR TEAM NEWSROOM CAREERS CONTACT

About | Services | GuardianAngel

**Applicable Scenarios**

Click the following headers for applicable scenarios of where TigerSwan's Guardian Angel can help you in times of crisis.

**— Kidnappings**

Kidnappers know mobile devices can be traced using GPS, which is why a victim's cell phone is often immediately destroyed upon capture.

What a kidnapper is not expecting is Guardian Angel.

If you are being kidnapped, or feel you are about to be kidnapped, press the beacon's panic button. This can discretely be accomplished while the beacon is still in your pocket. When pushed, the beacon's standard one (1) minute ping rate instantaneously increases to every five (5) seconds, and the beacon becomes a listening device.

These features are extremely helpful for a few reasons:

1. Knowing a person's current or last location before they were kidnapped is crucial to first-responder recovery operations. The five (5) second ping rate allows Guardian Angel's Security Operators to track which streets the kidnapper is driving on in real time, and better guide emergency response teams.
2. During a kidnapping the listening feature gives our clients an opportunity to provide the Operations Specialists as much information as possible without jeopardizing his or her safety. Clients are instructed to remain calm, and speak clearly with adequate volume. An example would be calmly asking your captor "*Why are you taking me into this black truck?*"

**+ Terrorist Attack**

© 2015 TigerSwan

3452 Apex Peakway Apex, NC 27502 (919) 439 - 7110

Translate »

# TigerSwan
### Solutions to Uncertainty

About | Services | **GuardianAngel**

MEET OUR TEAM | NEWSROOM | CAREERS | CONTACT

— **Terrorist Attack**

Ask yourself, *"how would I react during a terrorist attack?"*

Are you calm? Are you thinking through the situation clearly?

For many people the answer is unfortunately, **no**.

During a terrorist attack people are often disorganized and react on instinct. They focus on getting to safety and using their cell phone to call for help. This sounds easy in theory, but during an attack the time it takes to reach and unlock your phone, dial a number, press send, wait to be connected, and finally explain the emergency taking place can literally be the difference between injury and safety. This is where Guardian Angel can help.

In the event of a terrorist attack, a Guardian Angel client simply pushes the panic button found on the side of the locator beacon and:

1. An alarm instantly goes off in the Guardian Angel Operations Center
2. The beacon's standard one (1) minute ping rate instantaneously increases to send a ping every five (5) seconds
3. The beacon becomes a listening device, allowing our security operators to gather critical information about an emergency while it is taking place
4. Guardian Angel's Security Operators contact you to help make informed decisions, guide you to a safe haven, and assist in dispatching emergency support.
5. We activate the Crisis Incident and Emergency Management response in accordance with your predetermined escalation procedures
6. Coordinate with local enforcement agencies to ensure that the appropriate response is taken without overstepping any political or cultural boundaries



## Pre-Travel Planning

### A proactive approach to your travel security

Guardian Angel's membership includes a Pre-Travel Plan before each departure. Our Security Operators collect information from various sources that is vital to your safety while abroad and provide a customized assessment outlining risks and recommendations. The two main focuses of each Pre-Travel Plan are travel information, and security information.

**Travel Information** includes data on:

- Country and city profiles
- Cultural language, customs, and etiquette
- Passport and visa requirements
- Road safety and transportation recommendations
- Weather and suitable dress
- Compatibility of electrical outlets
- Calendar of local events and holidays
- Embassy location and contact information

**Security Information** includes data on:

- Emergency phone numbers
- List of local medical providers
- Risk profiles of countries and cities



