# EXHIBIT 9



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Dec 20 05:21:02 EST 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] **Record 3 out of 13**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

Mark Image

| | |
|---|---|
| **Word Mark** | GUARDIANANGEL |
| **Goods and Services** | IC 045. US 100 101. G & S: Security consultancy, namely, providing pre-travel risk mitigation plans and emergency action plans; Security services, namely, providing international travel protection for individuals or locations; Security services, namely, providing pre-travel security assessments of physical locations, information systems, or working environments; Security services, namely, threat simulation vulnerability analysis and mitigation and emergency and crisis response for individuals travelling internationally. FIRST USE: 20110630. FIRST USE IN COMMERCE: 20110630 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87043622 |
| **Filing Date** | May 19, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 18, 2017 |
| **Registration Number** | 5235083 |
| **Registration Date** | July 4, 2017 |
| **Owner** | (REGISTRANT) **TIGERSWAN**, LLC LIMITED LIABILITY COMPANY DELAWARE 3467 Apex Peakway Apex NORTH CAROLINA 27502 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William B. Cannon |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY